UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2386
(1:18-cv-01432-AJT-TCB)
_____

KENNETH PRITCHARD

    Plaintiff - Appellant

v.

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY

    Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Rushing, and Senior Judge Traxler.

    For the Court

    /s/ Patricia S. Connor, Clerk